IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES,

    Plaintiff,

v.                                                                              CASE NO. 1:08-cv-00014-MP-AK

CONDOMINIUM UNIT NO 411 A
CONCORDIA GAINESVILLE FL,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 12, Report of Rule 26(f) Planning Meeting. In the Report, the Parties agree to follow the deadlines in the Initial Scheduling Order. Accordingly, the Clerk is directed to set the appropriate deadlines. Also, the parties indicated that they had settled the case. The Court will await the filing of a notice of settlement before taking action regarding the statement in the Joint Report regarding settlement.

    **DONE AND ORDERED** this _28th_ day of May, 2008

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge